UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:13-CV-05704-CAS-Ex | Date | May 27, 2015 |
|---|---|---|---|
| Title | BIORIGINAL FOOD & SCIENCE CORP. v. BIOTAB NUTRACEUTICALS, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)** DEFENDANTS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON VARIOUS MOTIONS (Dkt. No. 87, filed May 18, 2015)

The Court is in receipt of defendants' *ex parte* application to shorten time for the hearing of their motions to continue the trial and related dates, file amended counterclaims, and conduct certain expedited discovery, which motions are currently set for hearing on June 15, 2015. Having considered defendants' arguments, the application is **DENIED**. If the Court concludes at the regularly noticed hearing that a continuance of trial and other dates is appropriate, the Court will set new scheduling dates.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |