# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BIORIGINAL FOOD & SCIENCE CORPORATION, WESTBRIDGE CAPITAL LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BIOTAB NUTRACEUTICALS, INC., a California corporation, and GLOBAL PRODUCT MANAGEMENT, INC., a California Corporation, <br><br> Defendants. | Case No. 13-CV-05704-GJS <br><br> Magistrate Judge Gail J. Standish <br> Courtroom 12 <br><br> **[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** <br><br> Complaint Filed: August 7, 2013 <br> Discovery Completion: August 17, 2015 <br> Final Pretrial Conference: September 14, 2015 at 9:30 a.m. <br> Trial Date: September 22, 2015 |
| BIOTAB NUTRACEUTICALS, INC., a California corporation, and GLOBAL PRODUCT MANAGEMENT, INC., a California Corporation, <br><br> Counterclaimants, <br><br> v. <br><br> BIORIGINAL FOOD & SCIENCE CORPORATION, <br><br> Counterdefendant. | |

USW 805280010.4

1

Case No. 13-CV-05704-GJS
Order Dismissing All Claims with Prejudice

Based on the stipulation of the parties set forth in the STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE filed on September 28, 2015, and for good cause appearing,

IT IS HEREBY ORDERED as follows:

1. All of the claims alleged in this case, including the claims alleged in the Second Amended Complaint filed on March 26, 2014 and the claims alleged in the Counterclaim filed on April 11, 2014, are dismissed with prejudice.

2. The Court retains jurisdiction for the purpose of enforcing the terms of the settlement reached between the parties.

3. Each respective party shall bear their own attorney's fees and costs with respect to this action except as otherwise agreed to by the parties.

DATED: September 28, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE